LEE ADELSON et al., Respondents, *v.* GEORGE DREYMAN et al., Appellants.

LEWIS GINSBURG, Appellant.

Submitted June 12, 1944; decided June 14, 1944.

*Moses H. Rothman* for motion.
*Lewis Ginsburg* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.